PETITION UNDER 28 U.S.C. § 2254
FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY

**FILED**

JUN 27 2014

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

**In The**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

Wendell Snow
Prisoner No.:955255
Plainfield Correctional Facility
727 Moon Road
Plainfield, IN 46168-9400
Petitioner

**1 : 14 -cv- 1 0 8 2 SEB -DKL**

V.

Case Number: XAF-14-02-0030

Brian Smith
**Superintendent of the PCF Correctional Facility**
Respondent

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    Plainfield Correctional Facility
    727 Moon Road
    Plainfield, IN 46168-9400

2.  (a) Criminal docket or case number: XAF-14-02-30

    (b) Date of the judgment of conviction: 2-24-14

    (c) Date of sentencing: 2-24-14

3.  Length of sentence: a) 180 days earned credit time deprivation
                          b) Credit class demotion from cc1 to cc12

4.  In this case, were you convicted on more than one count or of more than one crime?

    Yes [ ]  No [x]

1

5. Identify all crimes of which you were convicted and sentenced in this case:
"Violation of a Law"/ code number 100

6. (a) What was your plea? (Check one)

   (1) Not guilty [x]    (3) No contest [ ]

   (2) Guilty [ ]    (4) Insanity plea [ ]

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? N/A

   (c) If you went to trial, what kind of trial did you have? (Check one)

      Jury [ ]    Judge only [x]

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?

   Yes [x]    No [ ]

8. Did you appeal from the judgment of conviction?

   Yes [x]    No [ ]

9. If you did appeal, answer the following:

   (a) Name of court: Plainfield Correctional Facility
   (b) Docket or case number: XAF-14-02-30
   (c) Results: Changed to Unauthorized Possession - 215B, sanctions remained
   (d) Date of result: 3-27-14
   (e) Citation to the case: N/A

   (f) Grounds raised:

      (a) Vagueness and inaccuracy of Conduct Report (C.R.) – C.R. does not state that I committed or broke any local federal or state law and is not clear concerning the dates when the incident occurred.

   (g) Did you seek further review by a higher state court?

         Yes [x]    No [ ]

   If yes, answer the following:

      (1) Name of court: Final Reviewing Authority

      (2) Docket or case number: XAF-14-02-0030

      (3) Result: Denied

      (4) Date of result: 05-23-14

2

(5) Grounds raised: <u>Vagueness and inaccuracy of Conduct Report</u> (C.R.) – C.R. does not state that I committed or broke any local federal or state law and is not clear concerning the dates when the incident occurred.

(h) Did you file a petition for certiorari in the United States Supreme Court?
Yes [ ]    No [x]

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?

Yes [ ]    No [x]

11. If your answer to Question 10 was "Yes," give the following information:

(1) Name of court: N/A

(2) Docket or case number: N/A

(3) Date of filing: N/A

(4) Nature of the proceeding: N/A

(1) Grounds raised: N/A

(2) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes [ ]    No [x]

(1) Result:

(5) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: N/A

(2) Docket or case number: N/A

(3) Date of filing: N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

Yes [ ]    No [ x ]

3

(c) If you filed any third petition, application, or motion, give the same information: N/A

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:     Yes [ ]   No [x]

      (2) Second petition:  Yes [ ]   No [x]

      (3) Third petition:   Yes [ ]   No [x]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: N/A

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: Notice of Hearing

Supporting Facts: I was screened and found guilty in less than 24 hours which did not afford me the opportunity to have a fair hearing (Exhibit A & B).

(a) If you did not exhaust your state remedies on Ground One, explain why: I was not aware that this was a mandatory procedure until research in the law library.

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [ ]   No [x]

(2) If you did not raise this issue in your direct appeal, explain why: I was not aware that this was a mandatory procedure until research at the law library

(b) Post-Conviction Proceedings: N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? No

(c) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

GROUND TWO: Vagueness

Supporting facts: C.R. is extremely vague and does not specify what violation was committed (Exhibit A).

(a) If you did not exhaust your state remedies on Ground Two, explain why: I was not aware that this was a mandatory procedure until research at the law library

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes [x ]   No [ ]

(b) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: N/A

GROUND THREE: Requested evidence denied:

Supporting facts: I requested specific evidence at screening but was not offered at the hearing (Exhibit B).

(a) If you did not exhaust your state remedies on Ground Three, explain why: I was not aware that this was a mandatory procedure until research at the law library.]

(b) Post-Conviction Proceedings: N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [ x ]

(c) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: N/A

GROUND FOUR: Denied an impartial decision maker:

Supporting facts: In spite of vagueness of (C.R.) that did not establish a crime, the numerous witness statements made by staff, and the video surveillance I requested at screening, DHO still found me guilty without a convincing basis which showed an abuse of discretion. There is no substantial evidence in light of the evidence offered that would find me guilty of an offence.

(a) If you did not exhaust your state remedies on Ground Four, explain why: I was not aware that this was a mandatory procedure until research at the law library.

(b) Post-Conviction Proceedings: N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [ x ]

(c) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A

GROUND FIVE: Reason for Decision Violated:

Supporting facts: Was not made fully aware of the basis of the decision to help ensure that the decision was mad impartially (Exhibit C).

(a) If you did not exhaust your state remedies on Ground Four, explain why: I was not aware that this was a mandatory procedure until research at the law library.

5

(b) Post-Conviction Proceedings: N/A

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

Yes [ ]   No [ x ]

13. Please answer these additional questions about the petition you are filing:

(a)  Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

Yes [ x ]  No [ ]

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them:

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: No

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

Yes [ ]   No [ x ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. N/A

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?

Yes [ ]   No [ x ]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

Yes [ ]   No [ x ]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: N/A

(b) Give the date the other sentence was imposed: N/A

Wendell C Snow

<u>Signature of Petitioner</u>

     If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

\* \* \* \* \*

(As amended Apr. 28, 1982, eff. Aug. 1, 1982; Apr. 26, 2004, eff. Dec. 1, 2004.)

(c) Give the length of the other sentence: N/A

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?

Yes [ ]   No [ x ]

18. **TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in *28 U.S.C. § 2244(d)* does not bar your petition.\* N/A**

\* **The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:**

*(1)   A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of—*

*(A)   the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;*

*(B)   the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;*

*(C)   the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or*

*(D)   the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.*

*(2)   The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.*

Therefore, petitioner asks that the Court grant the following relief: That all of my deprived earned credit time be restored in a timely fashion due to my outdate being so near.
And any other relief to which petitioner may be entitled.

_____
   Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on 6-25-14.

Executed (signed) on (date):

7